Dismissed and Memorandum Opinion filed October 9, 2003









Dismissed and Memorandum Opinion filed October 9,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00975-CV

____________

 

RICHARD LANSDALE, Appellant

 

V.

 

JORGE A. RANGEL, FANNIE DAVIS, JUAN
AGUILAR, SHERRILYN ROBERTS and LEROY WILLIAMS, Appellees

 



 

On Appeal from the 164th District
Court

Harris County, Texas

Trial Court Cause No. 95-35061

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 30, 2003.

On September 30, 2003, the parties filed an agreed motion to
dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum
Opinion filed October 9, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.